# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1298

———————————————

RAYMOND JEROME PRUITT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


April 16, 2024


PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Raymond Jerome Pruitt, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.